NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TINA ZAFFUTO, as personal     )
representative of the Estate of Robert T.  )
Zaffuto, deceased,     )
     )
     Appellant,     )
     )
v.     )     Case No. 2D17-539
     )
ST. JOSEPH'S HOSPITAL, INC.,     )
     )
     Appellee.     )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco, Judge.

Ralph L. Gonzalez and C. Steven Yerrid of
The Yerrid Law Firm, Tampa, for Appellant.

Jason M. Azzarone, Barbara Chapman, and
Louis J. La Cava, of La Cava & Jacobson,
P.A., Tampa, for Appellee.


PER CURIAM.


     Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.